857 A.2d 177

IN THE MATTER OF PHILIP F. MURPHY,
AN ATTORNEY AT LAW.

September 22, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–144, concluding that **PHILIP F. MURPHY** of **MOUNTAINSIDE**, who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 1.15(b)(failure to promptly deliver to client funds to which client is entitled), *RPC* 1.15(d)(recordkeeping violations), *RPC* 5.5(a)(unauthorized practice of law), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **PHILIP F. MURPHY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.